| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Crabb, Barbara B. | 2. Court or Organization<br><br>U.S. District Court, Western District of Wisconsin | 3. Date of Report<br><br>08/20/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>120 North Henry Street<br>Suite 540<br>Madison, WI 53703 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Factor-Mervis charitable foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University College-London | 11/3/2013-11/6/2013 | London, England | Speaking at FRAND conference | 3 nights lodging; meals and airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Ishares Barclays TIPS Bd. Fd. (TIP) | A | Dividend | | | Buy (add'l) | 2/5/13 | J | | |
| 3. | | | | | Sold | 4/11/13 | J | A | |
| 4. Ishares Iboxx (LQD) | A | Dividend | | | Sold (part) | 2/5/13 | J | A | |
| 5. | | | | | Sold | 4/11/13 | J | A | |
| 6. Ishares JP Morgan Em Bond Fd. (EMB) | A | Dividend | | | Buy (add'l) | 2/5/13 | J | | |
| 7. | | | | | Sold | 4/11/13 | J | B | |
| 8. Ishares MSCI Canada Index Fd. (EWC) | | None | | | Buy (add'l) | 2/5/13 | J | | |
| 9. | | | | | Sold | 4/11/13 | L | | |
| 10. Ishares MSCI Pac Ex-Japan ETF (EPP) | B | Dividend | K | T | Sold (part) | 10/22/13 | J | A | |
| 11. Ishares MSCI Kingdom Ind Fd. (EWU) | | None | | | Buy (add'l) | 2/5/13 | J | | |
| 12. | | | | | Sold | 4/11/13 | K | B | |
| 13. Ishares Russell 1000 Growth Index (IWF) | C | Dividend | M | T | Sold (part) | 4/11/13 | M | E | |
| 14. | | | | | Sold (part) | 8/5/13 | J | C | |
| 15. | | | | | Sold (part) | 10/22/13 | L | E | |
| 16. Ishares Russell 1000 Value (IWD) | C | Dividend | M | T | Sold (part) | 2/5/2013 | J | B | |
| 17. | | | | | Sold (part) | 4/11/13 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 8/5/13 | J | C | |
| 19. | | | | | Sold (part) | 10/22/13 | J | C | |
| 20. Ishares Russell Midcap ETF (IWP) | A | Dividend | K | T | Sold (part) | 2/5/13 | J | A | |
| 21. | | | | | Sold (part) | 4/11/13 | J | C | |
| 22. | | | | | Sold (part) | 8/5/13 | J | B | |
| 23. Ishares Midcap (IWS) | A | Dividend | K | T | Sold (part) | 2/5/13 | J | A | |
| 24. | | | | | Sold (part) | 4/11/13 | J | D | |
| 25. | | | | | Sold (part) | 8/5/13 | J | A | |
| 26. Ishares Russell 2000 Growth Fund (IWO) | A | Dividend | K | T | Sold (part) | 2/5/13 | J | A | |
| 27. | | | | | Sold (part) | 4/11/13 | K | D | |
| 28. | | | | | Sold (part) | 8/5/13 | J | B | |
| 29. | | | | | Sold (part) | 10/22/13 | J | A | |
| 30. Ishares Russell 2000 Value (IWN) | A | Dividend | K | T | Sold (part) | 2/5/13 | J | A | |
| 31. | | | | | Sold (part) | 4/11/13 | J | C | |
| 32. | | | | | Sold (part) | 8/5/13 | J | B | |
| 33. | | | | | Sold (part) | 10/22/13 | J | A | |
| 34. Ishares Iboxx $ Hy/Y Corp. Bond (HYG) | A | Dividend | | | Sold (part) | 2/5/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 4/11/13 | J | A | |
| 36. Medtronic, Inc. (MDT) | A | Dividend | J | T | | | | | |
| 37. Puerto Rico CO BE ▓▓▓ | A | Int./Div. | | | Sold | 12/5/13 | J | A | |
| 38. SPDR S&P Intl Small Cap (GWX) | B | Dividend | | | Sold (part) | 4/11/13 | L | D | |
| 39. | | | | | Sold | 2/5/13 | J | A | |
| 40. Vanguard Reit ETF (VNQ) | B | Dividend | K | T | Sold (part) | 4/11/13 | K | B | |
| 41. Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 42. Vanguard Municipal Fund | A | Interest | J | T | | | | | |
| 43. Equitable Life Assurance Annuity | | None | L | T | | | | | |
| 44. GE Capital | B | Interest | M | T | | | | | |
| 45. TIAA CREF -529 College Savings Plan (no control) | | | K | T | Buy | 10/14/13 | J | | |
| 46. WisdomTree Trust Emerg. Mkt. Eqt (DEM) | B | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 47. | | | | | Buy (add'l) | 04/11/13 | K | | |
| 48. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 49. | | | | | Sold (part) | 10/22/13 | K | A | |
| 50. | | | | | Sold (part) | 12/5/13 | K | | |
| 51. Vanguard FTSE Emerging Mkts (VWO) | B | Dividend | | | Buy (add'l) | 2/5/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 4/11/13 | J | | |
| 53. | | | | | Sold (part) | 2/5/13 | J | A | |
| 54. | | | | | Sold | 8/5/13 | M | | |
| 55. Ishares Gold Trust (IAU) | | None | | | Buy (add'l) | 2/5/13 | J | | |
| 56. | | | | | Buy (add'l) | 4/11/13 | K | | |
| 57. | | | | | Sold (part) | 8/5/13 | J | | |
| 58. | | | | | Sold | 10/22/13 | L | | |
| 59. Ishares Barclays Agg. Bd. Fd.(AGG) | A | Dividend | | | Sold | 2/5/13 | J | A | |
| 60. Ishares Barclays 1-3 Year Bond (SHY) | A | Dividend | K | T | | | | | |
| 61. WisdomTree Tr EMG Mkts Sm Cap (DGS) | A | Dividend | | | Buy (add'l) | 04/11/13 | J | | |
| 62. | | | | | Buy (add'l) | 8/5/13 | J | | |
| 63. | | | | | Sold (part) | 2/5/13 | J | | |
| 64. | | | | | Sold (part) | 10/22/13 | J | | |
| 65. | | | | | Sold (part) | 12/5/13 | K | | |
| 66. | | | | | Sold | 12/16/13 | J | | |
| 67. Citibank, NA (CITINA) (temporary cash) | A | Int./Div. | J | T | | | | | |
| 68. WisdomTree Trust Japan Hedge EQ (DXJ) | B | Dividend | M | T | Sold (part) | 2/5/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Int./Div. | J | T | | | | | |
| 70. Barcap IPath DJ UBS Comm. Indx (DJP) | | None | | | Buy (add'l) | 2/5/13 | J | | |
| 71. | | | | | Buy (add'l) | 4/11/13 | K | | |
| 72. | | | | | Buy (add'l) | 8/5/13 | J | | |
| 73. | | | | | Sold (part) | 10/22/13 | J | | |
| 74. | | | | | Sold (part) | 12/5/13 | K | | |
| 75. | | | | | Sold | 12/16/13 | J | | |
| 76. Ishares MSCI Emu (EZU) | A | Dividend | | | Buy (add'l) | 2/5/13 | K | | |
| 77. | | | | | Sold | 4/11/13 | L | C | |
| 78. MS Liquid Asset Fund (ILAF) | A | Interest | J | T | | | | | |
| 79. Alerian MLP ETF (AMLP) | A | Dividend | J | T | Buy | 10/22/13 | K | | |
| 80. | | | | | Sold (part) | 12/5/13 | K | | |
| 81. ishares MSCI Emerg Mkt Min.Vol (EEMV) | B | Dividend | K | T | Buy | 8/5/13 | J | | |
| 82. | | | | | Sold (part) | 10/22/13 | J | A | |
| 83. Ishares MSCI Japan ETF (EWJ) | A | Dividend | L | T | Buy | 4/11/13 | J | | |
| 84. | | | | | Sold (part) | 8/5/13 | J | A | |
| 85. PIMCO Total Return ETF (BOND) | B | Dividend | J | T | Buy | 04/11/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 87. | | | | | Sold (part) | 10/22/13 | J | | |
| 88. | | | | | Sold (part) | 12/5/13 | L | | |
| 89. SPDR Barclays Capital Emerg. (EBND) | A | Dividend | J | T | Buy | 4/11/13 | J | | |
| 90. | | | | | Buy (add'l) | 8/5/13 | J | | |
| 91. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 92. | | | | | Sold (part) | 12/5/13 | J | | |
| 93. SPDR Gold Tr Gold Shs (GLD) | | None | J | T | Buy | 10/22/13 | L | | |
| 94. | | | | | Sold (part) | 12/5/13 | K | | |
| 95. Vanguard European MSCI ETF (VGK) | C | Dividend | M | T | Buy | 4/11/13 | J | | |
| 96. | | | | | Sold (part) | 8/5/13 | J | A | |
| 97. WisdomTree Euro Sm Cap Div. ETF (DFE) | A | Dividend | K | T | Buy | 04/11/13 | J | | |
| 98. | | | | | Sold (part) | 08/05/13 | J | A | |
| 99. WisdomTree Europe Hedged Equity (HEDJ) | A | Dividend | L | T | Buy | 4/11/13 | J | | |
| 100. | | | | | Sold (part) | 8/5/13 | J | A | |
| 101. Goldman Sachs Strategic Inc. 1 (GSZIX) | A | Dividend | | | Buy | 2/5/13 | J | | |
| 102. | | | | | Sold | 4/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PIMCO 0-5 Year H/Y Corp. Bond (HYS) | A | Dividend | | | Buy | 2/5/13 | J | | |
| 104. | | | | | Sold | 4/11/13 | J | A | |
| 105. Goldman Sachs Strategic (GSZIX) | A | Dividend | | | Buy | 2/5/13 | J | | |
| 106. | | | | | Sold | 4/11/13 | J | A | |
| 107. Ishares International Treasury Bond (IGOV) | A | Dividend | M | T | Buy | 10/22/13 | J | | |
| 108. Morgan Stanley Bank NA (MSBNK) (repository for cash on hand | A | Interest | K | T | | | | | |
| 109. Vanguard Short Term Corporate (VCSH) | A | Interest | L | T | Buy | 4/11/13 | L | | |
| 110. | | | | | Buy | 8/5/13 | J | | |
| 111. | | | | | Buy | 10/22/13 | J | | |
| 112. PIMCO Commodity Real Ret. Strat (PCRPX) | | None | J | T | Buy | 12/16/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/20/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

i shares Russell 100 Growth (IWF) should have been reported as sold in 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544